April 11 1967.

M. P. No. 66. PASCO DECESARE, TONY TOTEFF, THOMAS MURO in their capacities as *Members of the Board of Canvassers of the Town of North Providence,* THOMAS RYAN and BENJAMIN COCOZZA *v.* BOARD OF ELECTIONS, JOHN NOTTE III and ROGER S. ACHILLE. Motion of defendant John Notte III, for leave to file a petition for writ of certiorari, granted. *Robert S.*

*Ciresi,* Town Solicitor of Town of North Providence, *William G. Gilroy,* Attorney for Benjamin Cocozza, *Michael A. Abatuno,* Attorney for Thomas Ryan, for plaintiffs. *Aram A. Arabian, John A. Notte* III, for defendants.